UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY ANN POWELL,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No. 2:15-CV-0297-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 17. Attorney Dana Chris Madsen represents Plaintiff; Special Assistant United States Attorney Jeffrey R. McClain represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 4. After considering the file, and proposed order, **IT IS ORDERED**:

1. The parties' Stipulated Motion For Remand, **ECF No. 17**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) shall hold a new hearing and: (1) further consider and evaluate Plaintiff's symptom testimony pursuant to SSR 16-3p; (2) reconsider the weight assigned to the medical opinion evidence of record; (3) further consider and evaluate Plaintiff's residual functional capacity;

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

and, if necessary, (4) further consider, with the assistance of a vocational expert, Plaintiff's ability to perform her past relevant work and her ability to perform other work in the national economy.  The ALJ will take any other actions necessary to develop the record, and Plaintiff may submit additional evidence and argument to the ALJ.

     2.    Judgment shall be entered for **PLAINTIFF**.

     3.    Plaintiff's Motion for Summary Judgment, **ECF No. 12**, is **STRICKEN AS MOOT**.

     4.    An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED July 12, 2016.



_____
          JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2